IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR147 |
| vs. | |
| ELOY VARGAS MORALES, | ORDER |
| Defendant. | |

Before the court is the defendant's MOTION TO CONTINUE MOTION TO SUPPRESS HEARING [34]. The government has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [27] will be continued.

**IT IS ORDERED:**

1. That the defendant's MOTION TO CONTINUE MOTION TO SUPPRESS HEARING [34] is granted.

2. The evidentiary hearing on the Motion to Suppress [27] is continued to **February 1, 2018** at **9:00 a.m.** before Magistrate Michael D. Nelson, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 18th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge