IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELOY VARGAS MORALES, Defendant. | 8:17CR147 ORDER |

This matter is before the Court on the magistrate judge's[1] March 26, 2018, Findings and Recommendation (Filing No. 43), recommending the Court deny defendant Eloy Vargas Morales's Motion to Suppress the Fruits of an Unlawful Search and Seizure (Filing No. 27). Neither party has objected to the Findings and Recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1)(C).[2] The Court finds the magistrate judge's Findings and Recommendation should be accepted and the Motion to Suppress denied. Accordingly,

IT IS ORDERED:
1. The magistrate judge's Findings and Recommendation (Filing No. 43) are accepted.
2. The Motion to Suppress the Fruits of an Unlawful Search and Seizure (Filing No. 27) is denied.

Dated this 10th day of April, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1]The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

[2]Although the Court is only required to make a "de novo determination of those . . . findings or recommendations to which objection is made," *id.*, the Court has reviewed the record and agrees with the magistrate judge's recommendation.